■ CLIFFORD HAYDEN, Respondent, v HELEN WALTERS, Appellant.—Judgment unanimously affirmed, with costs, for reasons stated in memorandum decision at Supreme Court, McLaughlin, J. (Appeal from judgment of Supreme Court, Onondaga County, McLaughlin, J.—constructive trust.) Present—Denman, J. P., Boomer, Pine, Lawton and Schnepp, JJ.